Andrew W. Sorensen, No. 078266
Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN,**
**CHURCH & YOHMAN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Defendants, COUNTY OF MADERA, BOARD OF SUPERVISORS OF THE
COUNTY OF MADERA, DAVID HERMAN, SHAWN HUSTON and DAVID PRENTICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>                Plaintiffs,<br><br>        vs.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; DAVID HERMAN, an individual; SHAWN HUSTON, an individual; DAVID PRENTICE, an individual; GERALD HOUSTON and LINDA BARLOW, husband and wife; and DOES 1-100, inclusive,<br><br>                Defendants. | Case No.:  1:09-CV-00753-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br><br><br><br><br><br><br>COMPLAINT FILED:  May 27, 2009 |

///

///

///

///

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that due to the complexity of the Complaint filed in this matter, the time for Defendants, COUNTY OF MADERA, BOARD OF SUPERVISORS OF THE COUNTY OF MADERA, DAVID HERMAN, SHAWN HUSTON and DAVID PRENTICE, to respond be continued 45 days, to and including July 1, 2009.

DATED:  May 11, 2009          GRISWOLD, LaSALLE, COBB,
                              DOWD & GIN, LLP


                              By  /s/ Robert M. Dowd
                                 Robert M. Dowd
                                 Attorneys for Plaintiffs,
                                 MARK STAMAS and JUDY CASTLES

DATED:  May 11, 2009          EMERSON, COREY, SORENSEN,
                              CHURCH & YOHMAN


                              By  /s/ Andrew W. Sorensen
                                 Andrew W. Sorensen
                                 Attorneys for Defendants,
                                 COUNTY OF MADERA, BOARD OF
                                 SUPERVISORS OF THE COUNTY OF
                                 MADERA, DAVID HERMAN, SHAWN
                                 HUSTON and DAVID PRENTICE


ORDER

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore, IT IS ORDERED that the time for Defendants, COUNTY OF MADERA, BOARD OF SUPERVISORS OF THE COUNTY OF MADERA, DAVID HERMAN, SHAWN HUSTON and DAVID PRENTICE, to respond is continued 45 days, to and including July 1, 2009.

DATED:  May 13, 2009


                              _/s/ SANDRA M. SNYDER_____
                              Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com