1  ROBERT M. DOWD, #070685
   RAYMOND L. CARLSON, #138043
2  STEVEN S. DIAS, #251138
   GRISWOLD, LaSALLE, COBB,
3  DOWD & GIN, L.L.P.
   111 E. Seventh Street
4  Hanford, CA 93230
   Telephone:   (559) 584-6656
5  Facsimile:   (559) 582-3106
   Attorneys for: Plaintiffs
6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  MARK STAMAS and JUDY CASTLES,       )   CASE NO.  1:09-cv-00753-LJO-SMS
                                        )
11        Plaintiffs,                   )   **STIPULATION RE TIME TO FILE**
                                        )   **FIRST AMENDED COMPLAINT**;
12        v.                            )
                                        )   **ORDER**
13  COUNTY OF MADERA; BOARD OF          )
    SUPERVISORS OF THE COUNTY OF        )
14  MADERA; DAVID HERMAN, an individual;)
    SHAWN HUSTON, an individual;        )
15  DAVID PRENTICE, an individual; GERALD)
    HOUSTON and LINDA BARLOW, husband   )
16  and wife; and DOES 1-100, inclusive,)
                                        )
17        Defendants.                   )
                                        )

18

19       Plaintiffs, MARK STAMAS and JUDY CASTLES ("PLAINTIFFS") and Defendants,

20  COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA;

21  DAVID HERMAN, SHAWN HUSTON, and DAVID PRENTICE "(DEFENDANTS"), by and

22  through their respective attorneys of record, stipulate to extend the due date of the PLAINTIFFS'

23  First Amended Complaint.

24  \\\

25  \\\

26  \\\

                                        1.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**
*Mark Stamas, et al. v. County of Madera, et al.*
Case No. 1:09-cv-00753-LJO-SMS

This Stipulation is made on the ground that good cause for the extension exists based upon the following facts and circumstances:

1. Complexity of the issues;
2. Complexity of amending the complaint; and
3. Conflicts on the calendar of Plaintiffs' attorneys.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for PLAINTIFFS and DEFENDANTS, as follows:

1. Plaintiffs' First Amended Complaint is continued 30 days, to and including September 21, 2009.
2. Defendants' Answer to the First Amended Complaint will be due 30 days after the filing of the First Amended Complaint, to and including October 21, 2009.

Dated: August 20, 2009

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.

By: /s/ Robert M. Dowd
ROBERT M. DOWD
Attorneys for Plaintiffs

Dated: August 20, 2009

EMERSON, COREY, SORENSEN, CHURCH, & YOHMAN

By: /s/Andrew W. Sorensen
ANDREW W. SORENSEN
Attorneys for Defendants,
COUNTY OF MADERA, BOARD OF SUPERVISORS OF THE COUNTY OF MADERA, DAVID HERMAN, SHAWN HUSTON and DAVID PRENTICE

\\\
\\\
\\\

2.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**
*Mark Stamas, et al. v. County of Madera, et al.*
Case No. 1:09-cv-00753-LJO-SMS

1                                      ORDER

2          On the stipulation and agreement of the parties through their attorneys of record and good
3 cause appearing therefore, IT IS SO ORDERED that the time for Plaintiffs, MARK STAMAS and
4 JUDY CASTLES, to file their First Amended Complaint to be continued 30 days, to and including
5 September 21, 2009.  The Answer to the First Amended Complaint will be due 30 days after the
6 filing of the First Amended Complaint, to and including October 21, 2009.

8  IT IS SO ORDERED.

9  **Dated:   August 24, 2009**                         **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE

3.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**
*Mark Stamas, et al. v. County of Madera, et al.*
Case No.  1:09-cv-00753-LJO-SMS