1  ROBERT M. DOWD, #070685
   RAYMOND L. CARLSON, #138043
2  STEVEN S. DIAS, #251138
   GRISWOLD, LaSALLE, COBB,
3  DOWD & GIN, L.L.P.
   111 E. Seventh Street
4  Hanford, CA 93230
   Telephone:    (559) 584-6656
5  Facsimile:    (559) 582-3106
   Attorneys for: Plaintiffs
6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
9  MARK STAMAS and JUDY CASTLES,      )   CASE NO. 1:09-cv-00753-LJO-SMS
                                       )
10         Plaintiffs,                 )   **STIPULATION TO CONTINUE**
                                       )   **12(b)(6) HEARING; ORDER**
11      v.                             )
                                       )
12 COUNTY OF MADERA; BOARD OF          )
   SUPERVISORS OF THE COUNTY OF        )
13 MADERA; DAVID HERMAN, an individual;)
   SHAWN HUSTON, an individual;        )
14 DAVID PRENTICE, an individual; GERALD)
   HOUSTON and LINDA BARLOW, husband   )
15 and wife; and DOES 1-100, inclusive,)
                                       )
16         Defendants.                 )
   _____ )

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

1.

Stipulation to Continue 12(b)(6) Hearing
*Mark Stamas, et al. v. County of Madera, et al.*
Eastern District Case No. 1:09-cv-00753-LJO-SMS

1  Plaintiffs, MARK STAMAS and JUDY CASTLES ("PLAINTIFFS") and Defendants
2  GERALD HOUSTON and LINDA BARLOW "(DEFENDANTS"), by and through their respective
3  attorneys of record, stipulate to extend the due date of the PLAINTIFFS' Opposition to Defendants'
4  12(b)(6) motion and continue the 12(b)(6) hearing until December 21, 2009.

5  This Stipulation is made on the ground that good cause for the extension exists based upon the
6  following facts and circumstances:

7  1. A similar 12(b)(6) motion was filed by County of Madera; Board of Supervisors of the
8  County of Madera; David Herman, Shawn Huston and David Prentice with the hearing
9  set for December 21, 2009. Due date of Plaintiffs' opposition is December 4, 2009.
10  The hearing on December 21, 2009, involves the same issues of law as the this motion
11  to dismiss to be heard on November 23, 2009. In the interest of judicial economy the
12  parties agree to extend the due date of Plaintiffs' opposition until December 4, 2009
13  and continue the 12(b)(6) hearing to December 21, 2009;

14  2. Complexity of the issues;

15  3. Conflicts on Plaintiffs' attorney's calendar.

16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for
17  PLAINTIFFS and DEFENDANTS, as follows:

18  1. Plaintiffs' Opposition to Motion to Dismiss First Cause of Action of Amended
19  Complaint is continued until December 4, 2009; and

20  2. The 12(b)(6) hearing will be continued until December 21, 2009.

21  Dated: October 29, 2009                    GRISWOLD, LaSALLE, COBB,
                                                DOWD & GIN, L.L.P.

                                                By:   /s/ Robert M. Dowd
                                                      ROBERT M. DOWD
                                                      Attorneys for Plaintiffs

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

2.

Stipulation to Continue 12(b)(6) Hearing
*Mark Stamas, et al. v. County of Madera, et al.*
Eastern District Case No. 1:09-cv-00753-LJO-SMS

Dated: October 30, 2009  McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By:   /s/ Gordon M. Park
     GORDON M. PARK
     Attorneys for Defendants,
     GERALD HOUSTON and
     LINDA BARLOW

ORDER

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore, the 12(b)(6) hearing is continued until December 21, 2009 at 8:30am and Plaintiffs' Opposition to Motion to Dismiss First Cause of Action of Amended Complaint shall be filed on or before December 4, 2009.

IT IS SO ORDERED.

Dated:   **November 3, 2009**       /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

3.

Stipulation to Continue 12(b)(6) Hearing
*Mark Stamas, et al. v. County of Madera, et al.*
Eastern District  Case No. 1:09-cv-00753-LJO-SMS