Andrew W. Sorensen, No. 078266
Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendants, COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; DAVID HERMAN, an individual; SHAWN HUSTON, an individual; DAVID PRENTICE, an individual; GERALD HOUSTON and LINDA BARLOW, husband and wife; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:09-CV-00753-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br><br><br><br>COMPLAINT FILED:  May 27, 2009 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that due to the complexity of the Second Amended Complaint filed in this matter, the time for Defendants, COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA to respond be continued 14 days, to and including March 5, 2010.

DATED: February 11, 2010      GRISWOLD, LaSALLE, COBB,
                                                     DOWD & GIN, LLP

                                           By  /s/ Robert M. Dowd
                                                Robert M. Dowd
                                                Attorneys for Plaintiffs,
                                                MARK STAMAS and JUDY CASTLES

---
Stipulation to Extend Time to Respond to Second Amended Complaint and Order   Page 1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 11, 2010         EMERSON, COREY, SORENSEN,
                                 CHURCH & LIBKE


                         By  /s/ Andrew W. Sorensen
                             Andrew W. Sorensen
                             Attorneys for Defendants,
                             COUNTY OF MADERA and
                             BOARD OF SUPERVISORS OF THE
                             COUNTY OF MADERA


                              ORDER

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore, IT IS ORDERED that the time for Defendants, COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA to respond be continued 14 days, to and including March 5, 2010.

The Court hereby continues the Scheduling Conference hearing from March 15, 2010 to April 19, 2010 at 10:30 a.m. before Judge Snyder in Courtroom #7.

IT IS FURTHERED ORDERED THAT document #61 has response date due as July 1, 2009 is STRICKEN, since parties resubmitted the document in entry #62.


Dated:  March 2, 2010            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE