| | |
|---|---|
| Gordon M. Park, # 072190<br>Paul J. Whitfield, # 241651<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendant
GERALD HOUSTON and LINDA BARLOW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>       Plaintiffs,<br><br>v.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; DAVID HERMAN, an individual; SHAWN HUSTON, an individual; DAVID PRENTICE, an individual; GERALD HOUSTON and LINDA BARLOW, husband and wife; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No.  1:09-cv-00753-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Judge:        Hon. Lawrence J. O'Neill<br>Mag. Judge: Hon. Sandra M. Snyder |

//
//
//
//
//
//
//
//

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION TO EXTEND TIME 1:09-CV-00753-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, due to the complexity of the Second Amended Complaint and in light of the stipulation entered into between Plaintiffs and Defendant's COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA, that the time for Defendants GERALD HOUSTON and LINDA BARLOW to respond to the Second Amended Complaint be extended 14 days, to and including March 5, 2010.

Dated: March 3, 2010

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Paul J. Whitfield
Gordon M. Park
Paul J. Whitfield
Attorneys for Defendant
GERALD HOUSTON and LINDA BARLOW

Dated: March 3, 2010

GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP

By: /s/ Steven S. Dias
Robert M. Dowd
Steven S. Dias
Attorneys for Plaintiffs
MARK STAMAS and JUDY CASTLES

IT IS SO ORDERED response to Second Amended Complaint by Defendants Gerald Houston and Linda Barlow filed on or before March 5, 2010.

IT IS FURTHERED ORDERED THAT the Scheduling Conference Hearing is continued from March 15, 2010 to Monday, April 19, 2010 at 10:30 a.m. in Courtroom #7 before Judge Snyder.

Dated: March 3, 2010         /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO EXTEND TIME 1:09-CV-00753-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com