Andrew W. Sorensen, No. 078266
Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN,**
**CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Defendants, COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; DAVID HERMAN, an individual; SHAWN HUSTON, an individual; DAVID PRENTICE, an individual; GERALD HOUSTON and LINDA BARLOW, husband and wife; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:09-CV-00753-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT AND ORDER**<br><br><br><br><br><br>COMPLAINT FILED: May 27, 2009 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that due to the complexity of the Third Amended Complaint filed in this matter, the time for Defendants, COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA to respond be continued 7 days, to and

///

///

///

///

///

Including May 19, 2010.

| | | |
|---|---|---|
| DATED: May 11, 2010 | | GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP |

By  /s/ Raymond L. Carlson
   Robert M. Dowd
   Raymond M. Carlson
   Attorneys for Plaintiffs,
   MARK STAMAS and JUDY CASTLES

DATED: May 11, 2010      EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By  /s/ Andrew W. Sorensen
   Andrew W. Sorensen
   Attorneys for Defendants,
   COUNTY OF MADERA and
   BOARD OF SUPERVISORS OF THE
   COUNTY OF MADERA

## ORDER

On the stipulation and agreement of the parties through their attorneys of record and good cause appearing therefore, IT IS ORDERED that the time for Defendants, COUNTY OF MADERA and BOARD OF SUPERVISORS OF THE COUNTY OF MADERA to respond be continued 7 days, to and including May 19, 2010.

IT IS SO ORDERED.

Dated:  **May 12, 2010**          **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE