Gordon M. Park, # 072190
Paul J. Whitfield, # 241651
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
GERALD HOUSTON and LINDA BARLOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; DAVID HERMAN, an individual; SHAWN HUSTON, an individual; DAVID PRENTICE, an individual; GERALD HOUSTON and LINDA BARLOW, husband and wife; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.  1:09-cv-00753-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT AND ORDER**<br><br>Judge:        Hon. Lawrence J. O'Neill<br>Mag. Judge: Hon. Sheila K. Oberto |

//
//
//
//
//
//
//
//

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION TO EXTEND TIME 1:09-CV-00753-LJO-SMS

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, due to the complexity of the new causes of action alleged in the Third Amended Complaint, that the time for Defendants GERALD HOUSTON and LINDA BARLOW to respond to the Third Amended Complaint be extended 7 days, to and including May 19, 2010.

Dated: May 11, 2010

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    /s/ Paul J. Whitfield
Gordon M. Park
Paul J. Whitfield
Attorneys for Defendant
GERALD HOUSTON and LINDA BARLOW

Dated: May 11, 2010

GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP

By:    /s/ Raymond L. Carlson
Robert M. Dowd
Raymond L. Carlson
Alison R. Terry
Attorneys for Plaintiffs
MARK STAMAS and JUDY CASTLES

IT IS SO ORDERED.

Dated: **May 12, 2010**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE