Gordon M. Park, # 072190
Scott M. Reddie, # 173756
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
GERALD HOUSTON and LINDA BARLOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>     Plaintiffs,<br><br>     v.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; DAVID HERMAN, an individual; SHAWN HUSTON, an individual; DAVID PRENTICE, an individual; GERALD HOUSTON and LINDA BARLOW, husband and wife; and DOES 1-100, inclusive,<br><br>     Defendants. | Case No.  1:09-cv-00753-LJO-JLT<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION TO STRIKE PLAINTIFFS' EXPERT WITNESS DISCLOSURE AND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE AND TO PRECLUDE PLAINTIFFS' EXPERTS FROM TESTIFYING AT TRIAL**<br><br>(Doc. 116) |

Having read and considered the Ex Parte Application requesting an order shortening time for a hearing on Defendant Gerald Houston's and Defendant Linda Barlow's ("Defendants") Motion to Strike Plaintiffs' Expert Witness Disclosure and Supplemental Expert Witness Disclosure and to Preclude Plaintiffs' Experts from Testifying at Trial ("the Motion"), and good cause appearing therefore,

IT IS ORDERED THAT:

1.     The Ex Parte Application is GRANTED IN PART and DENIED IN PART.

2.     The Court will hold a **telephonic** hearing on the motion on March 2, 2011 at 3:30

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO STRIKE AND TO PRECLUDE EXPERTS FROM TESTIFYING 1:09-CV-00753-LJO-SMS

p.m. The parties SHALL appear by telephone by placing their conference call to Magistrate Judge Thurston's chambers at (661) 326-6624 once all counsel are on the line. Counsel for the moving parties SHALL arrange the conference call;

    3.    The time for service of the Motion and any opposition thereto, is shortened.

    4.    The Motion, including all supporting documents, SHALL be filed and served by e-mail no later than noon on February 23, 2011. The motion SHALL not exceed five pages and the supporting documentation SHALL not exceed 10 pages.

    5.    All papers opposing the Motion SHALL be filed and served by e-mail no later than February 25, 2011. The opposing papers SHALL not exceed five pages and the supporting documentation SHALL not exceed 10 pages.

    6.    No reply papers SHALL be filed.

IT IS SO ORDERED.

Dated: **February 18, 2011**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO STRIKE AND TO PRECLUDE EXPERTS FROM TESTIFYING   1:09-CV-00753-LJO-SMS