ROBERT M. DOWD, #070685
RAYMOND L. CARLSON, #138043
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB,
  DOWD & GIN, L.L.P.
111 E. Seventh St.
Hanford, CA 93230
Telephone:   (559) 584-6656
Facsimile:    (559) 582-3106
Attorneys for: Plaintiffs/Counterdefendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STAMAS and JUDY CASTLES,<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF MADERA; BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; GERALD HOUSTON and LINDA BARLOW, husband and wife;<br><br>   Defendants.<br><br>AND RELATED COUNTER-CLAIM. | CASE NO. 1:09-cv-00753-LJO-JLT<br><br>ORDER RE: NOTICE OF SETTLEMENT AND MODIFICATION OF SCHEDULING ORDER<br><br><br><br>Hon. Lawrence J. O'Neill<br><br>Complaint Filed: April 27, 2009 |

Upon the parties' having submitted, and the Court having reviewed, the Notice of Settlement with attached proposed Judgment, the Court finds that good cause exists under Fed. Rule Civ. Pro., Rule 16(b)(4), to modify the Scheduling Order [Doc. 110]. Therefore, it is hereby ORDERED as follows:

1. The Notice of Settlement with attached proposed Judgment is accepted in lieu of the Joint Pretrial Statement;

2. The Pretrial Conference date of July 13, 2011 at 8:15 a.m. in Courtroom 4 is vacated, pending approval of the proposed Judgment by the Madera County Board of Supervisors.

3. Upon approval of the proposed Judgment by the Madera County Board of Supervisors, the proposed Judgment shall be filed by 5:00 p.m. on July 15, 2011 and a digital copy sent to the Court's chambers at LJOorders@caed.uscourts.gov.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

Notice of Settlement
*Mark Stamas, et al. v. County of Madera, et al.* Case No. 1:09-cv-00753-LJO-JLT

4. In the event the proposed Judgment is not approved by the Madera County Board of Supervisors:

    (a) notification of such non-approval shall be made to the Court no later than 5:00 p.m. July 15, 2011;

    (b) upon such notification being given in 4(a) above, the Court will by further Order set the date for submittal of the joint pretrial statement and the date and time for the pretrial conference.

IT IS SO ORDERED.

Dated:   **July 6, 2011**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

Notice of Settlement
*Mark Stamas, et al.  v.  County of Madera, et al.* Case No. 1:09-cv-00753-LJO-JLT